## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CR 25 0267**



**CASE NAME:**                                                    **CASE NUMBER:**

USA v.   Gleb Gora, Sergei Ryzkhov, Michael Vogel        . **CR**                    **AMO**

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✓   No | |
| **Total Number of Defendants:** | 1    2-7 ✓    8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK ✓    SJ | |
| **Is this a potential high-cost case?** | Yes    No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ | |
| **Is this a RICO Act gang case?** | Yes    No ✓ | |

**Assigned AUSA (Lead Attorney):** Daniel Pastor          **Date Submitted:** 08/28/2025

**Comments:**

RESET FORM        SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)